GEORGE SIMPSON, Respondent, *v.* ATLANTIC COAST SHIPPING COMPANY, INC., Appellant.

*Negligence — master and servant — longshoreman injured while engaged in shifting boom of derrick.*

*Simpson* v. *Atlantic Coast Shipping Co., Inc.*, 191 App. Div. 844, affirmed.

(Argued October 25, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff, a longshoreman in the employ of defendant, was engaged with a gang of men in shifting the boom of a derrick upon a vessel which was about to be unloaded. The boom was too heavy for the gang to handle and got away from them and in consequence plaintiff received the injuries complained of.  It was alleged that defendant had failed to furnish appliances necessary for the safe handling of the boom.

*E. C. Sherwood* and *Benjamin C. Loder* for appellant.

*Moses Feltenstein, Jacquin Frank* and *David M. Fink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Dissenting: ANDREWS, J.